UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY FALKINS                                          CIVIL ACTION

VERSUS                                                 NO. 21-1749

ROBERT GOINGS, ET AL.                                  SECTION: "J"(1)

## ORDER AND REASONS

Before the Court is Plaintiff's *Motion for Reconsideration of Summary Judgment;* **(Rec. Doc. 60)**; and Defendants' opposition thereto; (Rec. Doc. 62). Plaintiff seeks reconsideration of this Court's December 21, 2022 Order granting Defendants' motion for summary judgment and dismissing this case with prejudice in accordance with the *Heck* doctrine. (Rec. Doc. 59). Having considered the parties' submissions, the Court concludes that Plaintiff failed to present any new evidence nor any evidence to show that the Court's previous Order contained manifest errors of fact or law.

Plaintiff argues that his deposition testimony and declaration are new evidence; however, the unsigned version of his declaration was included in Plaintiff's opposition memorandum, and his deposition occurred on December 7, 2022. (Rec. Doc. 60-5). The Court granted Plaintiff an extension to file his opposition memorandum, and he could have filed the deposition along with the memorandum. However, upon review of the deposition transcript, the Court finds that the testimony does not present any evidence not contained in Plaintiff's opposition to summary judgment. Plaintiff's motion is merely an attempt to rehash arguments already raised before

this Court and does not warrant the extraordinary relief associated with granting a motion for reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration **(Rec. Doc. 60)** is **DENIED**.

New Orleans, Louisiana, this 10th day of February, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE